UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :

JASMINE TORO, on behalf of herself and all others  :
similarly situated
                                                    :

                          Plaintiff,             :                22 Civ. 10879 (JPC)

                        -v-                   :                ORDER

DAMHORST TOYS AND PUZZLES, INC.,          :

                        Defendant.           :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On December 26, 2022, Plaintiff Jasmine Toro filed the Complaint that initiated this action, Dkt. 1, and requested the issuance of a summons, Dkt. 3, which was issued the following day, Dkt. 4.  On December 30, 2022, attorney David Stein entered a notice of appearance on behalf of Defendant Damhorst Toys and Puzzles, Inc., Dkt. 5, and filed a Rule 7.1 Corporate Disclosure Statement on behalf of Defendant, Dkt. 6.  However, Plaintiff has not filed proof of service on the docket, and Defendant has not answered the Complaint.  Consequently, the parties are directed to file a status update by February 8, 2023 informing the Court of whether Defendant has been served.  If so, Plaintiff shall also file proof of service by that date.

       SO ORDERED.

Dated: February 7, 2023
       New York, New York
                                                          JOHN P. CRONAN
                                                   United States District Judge