UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JASMINE TORO, *on behalf of herself and all others similarly situated*,

                    Plaintiff,

                    -v-

DAMHORST TOYS AND PUZZLES, INC.,

                    Defendant.
-----------------------------------------------------------------------X

22 Civ. 10879 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 24, 2023, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks. Dkt. 16 at 2-3. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id.* Both items were due August 16, 2023. The parties failed to submit either.

By 5:00 p.m. August 22, 2023, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in Dkt. 16. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge