```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JASMINE TORO, on behalf of herself and all others                      :
similarly situated,                                                    :
                                                                       :
                                       Plaintiff,                      :    22 Civ. 10879 (JPC)
                                                                       :
               -v-                                                     :    ORDER
                                                                       :
DAMHORST TOYS AND PUZZLES, INC.,                                       :
                                                                       :
                                       Defendant.                      :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On May 2, 2023, Defendant moved to dismiss this action. Dkts. 11-12. On May 23, 2023, Plaintiff filed an Amended Complaint, Dkt. 13, and Defendant filed an Answer to that Amended Complaint on July 19, 2023, Dkt. 15. As discussed at the conference earlier today, Defendant's motion to dismiss is denied without prejudice in light Plaintiff's filing of an Answer to the Amended Complaint. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 11.

      SO ORDERED.

Dated: August 23, 2023
       New York, New York
                                              JOHN P. CRONAN
                                         United States District Judge