```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JASMINE TORO, on behalf of herself and all others                      :
similarly situated,                                                    :
                                                                       :
                                Plaintiff,                             :    22 Civ. 10879 (JPC)
                                                                       :
               -v-                                                     :         ORDER
                                                                       :
DAMHORST TOYS AND PUZZLES, INC.,                                       :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Under the Case Management Plan entered by the Court on August 23, 2023, the parties were required to submit a post-discovery status letter by February 12, 2024.  Dkt. 20 ¶ 18.  No such status letter has been filed.  The parties are thus ordered to file the required status letter by on or before April 19, 2024.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

      SO ORDERED.

Dated: April 15, 2024  
      New York, New York

                                                  JOHN P. CRONAN  
                                          United States District Judge